UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER JEANNE LINDSAY,<br><br>                              Appellant,<br><br>-against-<br><br>NEWREZ, LLC, and U.S. BANK NATIONAL ASSOCIATION,<br><br>                              Appellees. | Case No. 1:24-cv-08072 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Appellant's opening brief in her appeal from the order of the Bankruptcy Court was due December 16, 2024. Dkt. 6. To date, Appellant has not filed any brief with the Court. As a courtesy, the Court shall grant Appellant an extension until December 27, 2024, to file her opening brief in this matter. The Clerk of Court is respectfully requested to mail a copy of this Order to Appellant.

Dated: December 19, 2024
         New York, New York

                                                          SO ORDERED.

                                                          *Jennifer Rochon*
                                                          JENNIFER L. ROCHON
                                                          United States District Judge

1