UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER JEANNE LINDSAY,<br><br>                              Plaintiff,<br><br>            -against-<br><br>NEWREZ, LLC and U.S. BANK, NATIONAL ASSOCIATION,<br><br>                              Defendants. | Case No. 1:24-cv-08072 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Appellant's opening brief in her appeal from the order of the Bankruptcy Court was due December 16, 2024. As a courtesy, the Court granted an extension until December 27, 2024, for Appellant to file her opening brief in this matter. Dkt. 17. The Court shall grant Appellant a final extension until January 9, 2025 to file her opening brief.

Dated: January 2, 2025
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1