UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER JEANNE LINDSAY,<br><br>        Appellant,<br><br>-against-<br><br>NEWREZ, LLC and U.S. BANK NATIONAL ASSOCIATION,<br><br>        Appellees. | Case No. 1:24-cv-08072(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Appellant's opening brief in her appeal from the order of the Bankruptcy Court was due December 16, 2024.  As a courtesy, on December 19, 2024, the Court granted an extension until December 27, 2024 for Appellant to file her opening brief in this matter.  Dkt. 7.  On January 2, 2025, the Court granted Appellant a final extension until January 9, 2025 to file her opening brief.  Dkt. 8.  On January 17, 2025, the Court directed Plaintiff that if she did not file her opening brief by January 24, 2025, her case may be dismissed for a failure to prosecute.  Dkt. 9.

  The Court provides a final extension until February 7, 2025.  If Appellant does not file her opening brief by February 7, 2025, this Court shall enter an order for failure to prosecute under Federal Rule of Civil Procedure ("Rule") 41(b).

Dated: January 31, 2025
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge